

**PERMANENT RESIDENT CARD**
NAME TOHUMCU, OZGUR
INS A# 077-727-315
Birthdate                    Sex
05/04/72        E37?         M
Country of Birth
Turkey
CARD EXPIRES 07/03/11
Resident Since 05/07/01

```
C1USA0777273150EAC0015051751<<
7205044M1107032TUR<<<<<<<<<<5
TOHUMCU<<OZGUR<<<<<<<<<<<<<<<
```

Case 1:06-cv-02182-EGS    Document 1-2    Filed 12/22/2006    Page 1 of 2

