

MAGGIO
KATTAR

Immigration
and
Nationality Attorneys

11 Dupont Circle, NW
Suite 775
Washington, DC 20036

202.483.0053 tel
202.483.6801 fax
www.maggio-kattar.com

February 9, 2006

Our File No. 05-720

**VIA FEDERAL EXPRESS**

U.S. Department of Homeland Security
Vermont Service Center
75 Lower Welden Street
St. Albans, VT  05479

RE:     **Ozgur TOHUMCU: A077 727 315**
       **APPLICATION FOR NATURALIZATION FORM N-400**

Dear Sir or Madam:

Enclosed please find the following in regard to the above-referenced matter:

1. Our Notice of Entry of Appearance (Form G-28).
2. An Application for Naturalization (Form N-400).
3. A copy of the applicant's resident alien card.
4. The requisite photographs.
5. A check in the amount of $400.00 to cover your processing costs.

Kindly notify us as soon as an interview has been scheduled.   Thank you very much for your kind attention to this matter.

Sincerely yours,

MAGGIO & KATTAR

Andrés C. Benach

Enclosures: as stated.
cc:    Ozgur Tohumcu

Michael Maggio
Alison J. Brown*
Elizabeth A. Quinn*
James Alexander*

Andrés C. Benach*
Maxine Bayley
Melissa Frisk*
Cora Tekach

Sandra Grossman*
John Nahajzer

*Not admitted in
Washington, DC

184

UR TOHUMCU  05/00
2-939-9939
16TH ST NW APT 53
INGTON, DC 20009-3148

Date 1/15/05

the order of Department of Homeland Security $ 400.00

four hundred and 00/100 Dollars

BB&T
BRANCH BANKING AND TRUST COMPANY
ARLINGTON, VIRGINIA
Classic BANKING

naturalization fees

Signature

5 1 4 0 4 2 6 0 5 3 9 6 9 9 2 6 4 0 0 1 8 4

**U.S. Department of Justice**
Immigration and Naturalization Service

**Notice of Entry of Appearance
as Attorney or Representative**

**Appearance** - An appearance shall be filed on this form by the attorney or representative appearing in each case. Thereafter, substitution may be permitted upon the written withdrawal of the attorney or representative of record or upon notification of the new attorney or representative. When an appearance is made by a person acting in a representative capacity, his personal appearance or signature shall constitute a representation that under the provisions of this chapter he is authorized and qualified to represent. Further proof of authority to act in a representative capacity may be required. **Availability of Records** - During the time a case is pending, and except as otherwise provided in 8CFR 103.2(b), a party to a proceeding or his attorney or representative shall be permitted to examine the record of proceeding in a Service office. He may, in conformity with 8 CFR 103.10, obtain copies of Service records or of documents or transcripts of evidence furnished by him. Upon request, he/she may, in addition, be loaned a copy of the testimony and exhibits contained in the record of proceeding upon giving his/her receipt for such copies and pledging that it will be surrendered upon final disposition of the case or upon demand. If extra copies of exhibits do not exist, they shall not be furnished free on loan; however, they shall be made available for copying or purchase of copies as provided in 8 CFR 103.10.

| In re: | Application for Naturalization Form N-400 by Ozgur TOHUMCU | Date | / / |
| | | File No. | 077 727 315 |

I hereby enter my appearance as attorney for (or representative of), and at the request of, the following named person(s):

| Name | | |
| Ozgur | TOHUMCU | ☐ Petitioner    ☒ Applicant |
| | | ☐ Beneficiary |
| Address (Apt. No.) (Number & Street) | (City) | (State) (ZIP Code) |
| Apt. 3   1300 Kenyon Street | Washington DC | 20010 |
| Name | | ☐ Petitioner    ☐ Applicant |
| | | ☐ Beneficiary |
| Address (Apt. No.) (Number & Street) | (City) | (State) (ZIP Code) |

*Check applicable Item(s) below:*

☒ 1. I am an attorney and a member in good standing of the bar of the Supreme Court of the United States or of the highest court of the following State, territory, insular possession, or District of Columbia

**New York**                    **Court of Appeals of New York**                    and am not under a court or administrative agency
                                          Name of Court
order suspending, enjoining, restraining, disbarring, or otherwise restricting me in practicing law.

☐ 2. I am an accredited representative of the following named religious, charitable, social service, or similar organization established in the United States and which is so recognized by the Board:

☐ 3. I am associated with

the attorney of record who previously filed a notice of appearance in this case and my appearance is at his request. *(If you check this item, also check item 1 or 2 whichever is appropriate.)*

☒ 4. Others (Explain fully.)
**Michael Maggio, Cora Tekach admitted U.S. Supreme Court; John Nahajzer, Maxine Bayley admitted D.C. Court of Appeals; Alison Brown, Melissa Frisk, Sandra Grossman admitted Maryland Court of Appeals; Elizabeth Quinn admitted Supreme Court of Virginia; James Alexander admitted Florida Court of Appeals; Andrés Benach admitted NY Court of Appeals.**

| SIGNATURE *Andres C. Benach* | COMPLETE ADDRESS **MAGGIO & KATTAR** **Maggio & Kattar, PC 11 Dupont Circle NW, Ste. 775** **Washington          DC   20036** |
| NAME (Type or Print) **Andrés C. Benach** | TELEPHONE NUMBER **202-483-0053        202-483-6801 fax** |

*PURSUANT TO THE PRIVACY ACT OF 1974, I HEREBY CONSENT TO THE DISCLOSURE TO THE FOLLOWING NAMED ATTORNEY OR REPRESENTATIVE OF ANY RECORD PERTAINING TO ME WHICH APPEARS IN ANY IMMIGRATION AND NATURALIZATION SERVICE SYSTEM OF RECORDS:*

**Michael Maggio, Alison J. Brown, Elizabeth Quinn, Andrés C. Benach, James Alexander, John Nahajzer, Sandra Grossman, Melissa Frisk, Maxine Bayley, and Cora Tekach.**

(Name of Attorney or Representative)

*THE ABOVE DISCLOSURE IS IN CONNECTION WITH THE FOLLOWING MATTER:*
**ALL MATTERS BEFORE THE U.S. DEPARTMENT OF HOMELAND SECURITY**

| Name of Person Consenting **Ozgur Tohumcu** | Signature of Person Consenting | Date |

(NOTE: Execution of this box is required under the Privacy Act of 1974 where the person being represented is a citizen of the United States or an alien lawfully admitted for permanent residence.

This form may not be used to request records under the Freedom of Information Act or the Privacy Act. The manner of requesting such records is contained in 8CFR 103.10 and 103.20 Et.SEQ.

Form G-28 (09-26-00)Y

OMB No. 1615-0052; Expires 11/30/06

Department of Homeland Security
U.S Citizenship and Immigration Services

**N-400 Application
for Naturalization**

Print clearly or type your answers using CAPITAL letters. Failure to print clearly may delay your application. Use black ink.

| **Part 1. Your Name.** *(The Person Applying for Naturalization)* |
|---|

Write your USCIS "A"- number here:
A 0 7 7 7 2 7 3 1 5

**A.** Your current legal name.

Family Name *(Last Name)*

TOHUMCU

Given Name *(First Name)*

OZGUR

Full Middle Name *(If applicable)*

**For USCIS Use Only**

| Bar Code | Date Stamp |
|---|---|
| | |

**B.** Your name **exactly** as it appears on your Permanent Resident Card.

Family Name *(Last Name)*

TOHUMCU

Given Name *(First Name)*

OZGUR

Full Middle Name *(If applicable)*

Remarks

**C.** If you have ever used other names, provide them below.

| Family Name *(Last Name)* | Given Name *(First Name)* | Middle Name |
|---|---|---|
| | | |
| | | |

**D.** Name change *(optional)*

Please read the Instructions before you decide whether to change your name.

**1.** Would you like to legally change your name? ☐ Yes ☒ No

**2.** If "Yes," print the new name you would like to use. Do not use initials or abbreviations when writing your new name.

Family Name *(Last Name)*

Given Name *(First Name)*

Full Middle Name

Action Block

| **Part 2. Information About Your Eligibility.**   *(Check Only One)* |
|---|

I am at least 18 years old **AND**

**A.** ☒ I have been a Lawful Permanent Resident of the United States for at least five years.

**B.** ☐ I have been a Lawful Permanent Resident of the United States for at least three years, **and** I have been married to and living with the same U.S. citizen for the last three years, **and** my spouse has been a U.S. citizen for the last three years.

**C.** ☐ I am applying on the basis of qualifying military service.

**D.** ☐ Other *(Please explain)* _____

f

**Part 3. Information About You.**

Write your USCIS "A"- number here:
A    0 7 7 7 2 7 3 1 5

**A.** U.S. Social Security Number    **B.** Date of Birth *(mm/dd/yyyy)*    **C.** Date You Became a Permanent Resident *(mm/dd/yyyy)*

1 2 2 - 8 2 - 1 2 5 4     0 5 / 0 4 / 1 9 7 2     0 5 / 0 7 / 2 0 0 1

**D.** Country of Birth

TURKEY

**E.** Country of Nationality

TURKEY

**F.** Are either of your parents U.S. citizens? *(if yes, see Instructions)*    ☐ Yes    ☒ No

**G.** What is your current marital status?    ☐ Single, Never Married    ☒ Married    ☐ Divorced    ☐ Widowed

        Marriage Annulled or Other *(Explain)* _____

**H.** Are you requesting a waiver of the English and/or U.S. History and Government requirements based on a disability or impairment and attaching a Form N-648 with your application?    ☐ Yes    ☒ No

**I.** Are you requesting an accommodation to the naturalization process because of a disability or impairment? *(See Instructions for some examples of accommodations.)*    ☐ Yes    ☒ No

    If you answered "Yes," check the box below that applies:

☐ I am deaf or hearing impaired and need a sign language interpreter who uses the following language: _____

☐ I use a wheelchair.

☐ I am blind or sight impaired.

☐ I will need another type of accommodation. Please explain: _____

_____

_____

**Part 4. Addresses and Telephone Numbers.**

**A.** Home Address - Street Number and Name *(Do not write a P.O. Box in this space)*    Apartment Number

1300 KENYON STREET    #3

| City | County | State | ZIP Code | Country |
|------|--------|-------|----------|---------|
| WASHINGTON | WASHINGTON, DC | DC | 20010 | USA |

**B.** Care of    Mailing Address - Street Number and Name *(If different from home address)*    Apartment Number

    SAME AS ABOVE

| City | State | ZIP Code | Country |
|------|-------|----------|---------|
|  |  |  |  |

**C.** Daytime Phone Number *(If any)*    Evening Phone Number *(If any)*    E-mail Address *(If any)*

(703) 415-0295    (202) 415-0295    OZGURTOHUMCU@YAHOO.COM

| Part 5. Information for Criminal Records Search. | Write your USCIS "A"- number here: <br> A   0 7 7 7 2 7 3 1 5 |
|---|---|

NOTE: The categories below are those required by the FBI. See Instructions for more information.

**A. Gender**

☒ Male    ☐ Female

**B. Height**

6 Feet 0 Inches

**C. Weight**

160 Pounds

**D. Are you Hispanic or Latino?**    ☐ Yes    ☒ No

**E. Race** *(Select one or more.)*

☒ White    ☐ Asian    ☐ Black or African American    ☐ American Indian or Alaskan Native    ☐ Native Hawaiian or Other Pacific Islander

**F. Hair color**

☒ Black    ☐ Brown    ☐ Blonde    ☐ Gray    ☐ White    ☐ Red    ☐ Sandy    ☐ Bald (No Hair)

**G. Eye color**

☒ Brown    ☐ Blue    ☐ Green    ☐ Hazel    ☐ Gray    ☐ Black    ☐ Pink    ☐ Maroon    ☐ Other

## Part 6. Information About Your Residence and Employment.

**A.** Where have you lived during the last five years? Begin with where you live now and then list every place you lived for the last five years. If you need more space, use a separate sheet(s) of paper.

| Street Number and Name, Apartment Number, City, State, Zip Code and Country | Dates (mm/dd/yyyy) | |
|---|---|---|
| | From | To |
| Current Home Address - Same as Part 4.A | 11/2005 | Present |
| 1750 16TH STREET, APT. 53, WASHINGTON, DC   20009 | 08/2003 | 10/2005 |
| 1101 NEW HAMPSHIRE AVE., APT. 1001, WASHINGTON, DC  20037 | 09/2002 | 07/2003 |
| 2521 QUEEN ANNES LANE, WASHINGTON, DC   20037 | 09/2001 | 09/2002 |
| 1917 NORTH ADAMS STREET, ARLINGTON, VA   22201 | 11/1997 | 09/2001 |

**B.** Where have you worked (or, if you were a student, what schools did you attend) during the last five years? Include military service. Begin with your current or latest employer and then list every place you have worked or studied for the last five years. If you need more space, use a separate sheet of paper.

| Employer or School Name | Employer or School Address *(Street, City and State)* | Dates (mm/dd/yyyy) | | Your Occupation |
|---|---|---|---|---|
| | | From | To | |
| ERICSSON | ISTANBUL, TURKEY | 10/2005 | PRESENT | VICE PRESIDENT |
| CGI-AMS | FAIRFAX, VA, USA | 05/2005 | 10/2005 | SR. DIRECTOR OF GLOBAL CONSULTING |
| SAPIENT CONSULTING | WASHINGTON, DC, USA | 06/2004 | 05/2005 | DIR. OF GLOBAL OUTSOURCING OPERATIONS |
| NAVITAS GROUP, LLC | WASHINGTON, DC, USA | 07/2004 | PRESENT | FOUNDER & OWNER |
| AMS | FAIFRAX, VA, USA | 06/2001 | 05/2004 | REGIONAL MANAGER |

Form N-400 (Rev. 12/16/05)Y Page 3

**Part 7.  Time Outside the United States.**
*(Including Trips to Canada, Mexico and the Caribbean Islands)*

Write your USCIS "A"- number here:
A  0 7 7 7 2 7 3 1 5

**A.**  How many total days did you spend outside of the United States during the past five years?      | 436 | days

**B.**  How many trips of 24 hours or more have you taken outside of the United States during the past five years?      | 20 | trips

**C.**  List below all the trips of 24 hours or more that you have taken outside of the United States since becoming a Lawful Permanent Resident. Begin with your most recent trip. If you need more space, use a separate sheet(s) of paper.

| Date You Left the United States (mm/dd/yyyy) | Date You Returned to the United States (mm/dd/yyyy) | Did Trip Last Six Months or More? | Countries to Which You Traveled | Total Days Out of the United States |
|---|---|---|---|---|
| 03/25/2006 | 08/06/2006 | ☐ Yes ☒ No | TURKEY | 133 |
| 01/13/2006 | 03/19/2006 | ☐ Yes ☒ No | TURKEY | 64 |
| 11/12/2005 | 01/06/2006 | ☐ Yes ☒ No | TURKEY | 54 |
| 10/07/2005 | 11/10/2005 | ☐ Yes ☒ No | TURKEY | 33 |
| 09/18/2005 | 10/05/2005 | ☐ Yes ☒ No | TURKEY | 16 |
| 08/17/2005 | 08/21/2005 | ☐ Yes ☒ No | TURKEY | 3 |
| 08/12/2005 | 08/14/2005 | ☐ Yes ☒ No | CANADA | 1 |
| 07/31/2005 | 08/02/2005 | ☐ Yes ☒ No | CANADA | 1 |
| 07/22/2005 | 07/25/2005 | ☐ Yes ☒ No | TURKEY | 2 |
| 06/25/2005 | 07/07/2005 | ☐ Yes ☒ No | TURKEY | 11 |

**Part 8.  Information About Your Marital History.**

**A.**  How many times have you been married (including annulled marriages)?   | 1 |   If you have **never** been married, go to Part 9.

**B.**  If you are now married, give the following information about your spouse:

**1.** Spouse's Family Name *(Last Name)*
SENYUVA

Given Name *(First Name)*
ERGEM

Full Middle Name *(If applicable)*


**2.** Date of Birth *(mm/dd/yyyy)*
9/6/1977

**3.** Date of Marriage *(mm/dd/yyyy)*
08/15/2005

**4.** Spouse's U.S. Social Security #
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

**5.** Home Address - Street Number and Name
1300 KENYON STREET

Apartment Number
#3

City
WASHINGTON

State
DC

Zip Code
20010

**Part 8.  Information About Your Marital History.** *(Continued)*

Write your USCIS "A"- number here:
A 0 7 7 7 2 7 3 1 5

**C.** Is your spouse a U.S. citizen?  ☐ Yes  ☒ No

**D.** If your spouse is a U.S. citizen, give the following information:

**1.** When did your spouse become a U.S. citizen?  ☐ At Birth  ☐ Other

If "Other," give the following information:

**2.** Date your spouse became a U.S. citizen

**3.** Place your spouse became a U.S. citizen *(Please see Instructions)*

City and State

**E.** If your spouse is not a U.S. citizen, give the following information :

**1.** Spouse's Country of Citizenship

TURKEY

**2.** Spouse's USCIS "A"- Number *(If applicable)*

A

**3.** Spouse's Immigration Status

☐ Lawful Permanent Resident  ☒ Other  N/A - OUT OF THE U.S.

**F.** If you were married before, provide the following information about your prior spouse. If you have more than one previous marriage, use a separate sheet(s) of paper to provide the information requested in Questions 1-5 below.

**1.** Prior Spouse's Family Name *(Last Name)*

Given Name *(First Name)*

Full Middle Name *(If applicable)*

**2.** Prior Spouse's Immigration Status

☐ U.S. Citizen
☐ Lawful Permanent Resident
☐ Other _____

**3.** Date of Marriage *(mm/dd/yyyy)*

**4.** Date Marriage Ended *(mm/dd/yyyy)*

**5.** How Marriage Ended

☐ Divorce  ☐ Spouse Died  ☐ Other

**G.** How many times has your current spouse been married (including annulled marriages)?  1

If your spouse has ever been married before, give the following information about **your spouse's** prior marriage.
If your spouse has more than one previous marriage, use a separate sheet(s) of paper to provide the information requested in Questions 1 - 5 below.

**1.** Prior Spouse's Family Name *(Last Name)*

Given Name *(First Name)*

Full Middle Name *(If applicable)*

**2.** Prior Spouse's Immigration Status

☐ U.S. Citizen
☐ Lawful Permanent Resident
☐ Other _____

**3.** Date of Marriage *(mm/dd/yyyy)*

**4.** Date Marriage Ended *(mm/dd/yyyy)*

**5.** How Marriage Ended

☐ Divorce  ☐ Spouse Died  ☐ Other

| Part 9. Information About Your Children. | Write your USCIS "A"- number here: |
|---|---|
| | A    0 7 7 7 2 7 3 1 5 |

**A.** How many sons and daughters have you had? For more information on which sons and daughters you should include and how to complete this section, see the Instructions.

0

**B.** Provide the following information about all of your sons and daughters. If you need more space, use a separate sheet(s) of paper.

| Full Name of Son or Daughter | Date of Birth (mm/dd/yyyy) | USCIS "A"- number (if child has one) | Country of Birth | Current Address (Street, City, State and Country) |
|---|---|---|---|---|
| | | A | | |
| | | A | | |
| | | A | | |
| | | A | | |
| | | A | | |
| | | A | | |
| | | A | | |
| | | A | | |

| Part 10. Additional Questions. |
|---|

Please answer Questions 1 through 14. If you answer "Yes" to any of these questions, include a written explanation with this form. Your written explanation should (1) explain why your answer was "Yes" and (2) provide any additional information that helps to explain your answer.

**A. General Questions.**

1. Have you **ever** claimed to be a U.S. citizen *(in writing or any other way)*? ☐ Yes ☒ No
2. Have you **ever** registered to vote in any Federal, state or local election in the United States? ☐ Yes ☒ No
3. Have you **ever** voted in any Federal, state or local election in the United States? ☐ Yes ☒ No
4. Since becoming a Lawful Permanent Resident, have you **ever** failed to file a required Federal, state or local tax return? ☐ Yes ☒ No
5. Do you owe any Federal, state or local taxes that are overdue? ☐ Yes ☒ No
6. Do you have any title of nobility in any foreign country? ☐ Yes ☒ No
7. Have you ever been declared legally incompetent or been confined to a mental institution within the last five years? ☐ Yes ☒ No

| **Part 10. Additional Questions. (Continued)** | Write your USCIS "A"- number here:<br>A  0 7 7 7 2 7 3 1 5 |
|---|---|

### B. Affiliations.

8. **a.** Have you **ever** been a member of or associated with any organization, association, fund, foundation, party, club, society or similar group in the United States or in any other place?  ☐ Yes  ☒ No

   **b.** If you answered "Yes," list the name of each group below. If you need more space, attach the names of the other group(s) on a separate sheet(s) of paper.

| Name of Group | Name of Group |
|---|---|
| 1. | 6. |
| 2. | 7. |
| 3. | 8. |
| 4. | 9. |
| 5. | 10. |

9. Have you **ever** been a member of or in any way associated *(either directly or indirectly)* with:

   **a.** The Communist Party?  ☐ Yes  ☒ No

   **b.** Any other totalitarian party?  ☐ Yes  ☒ No

   **c.** A terrorist organization?  ☐ Yes  ☒ No

10. Have you **ever** advocated *(either directly or indirectly)* the overthrow of any government by force or violence?  ☐ Yes  ☒ No

11. Have you **ever** persecuted *(either directly or indirectly)* any person because of race, religion, national origin, membership in a particular social group or political opinion?  ☐ Yes  ☒ No

12. Between March 23, 1933 and May 8, 1945, did you work for or associate in any way *(either directly or indirectly)* with:

   **a.** The Nazi government of Germany?  ☐ Yes  ☒ No

   **b.** Any government in any area (1) occupied by, (2) allied with, or (3) established with the help of the Nazi government of Germany?  ☐ Yes  ☒ No

   **c.** Any German, Nazi, or S.S. military unit, paramilitary unit, self-defense unit, vigilante unit, citizen unit, police unit, government agency or office, extermination camp, concentration camp, prisoner of war camp, prison, labor camp or transit camp?  ☐ Yes  ☒ No

### C. Continuous Residence.

Since becoming a Lawful Permanent Resident of the United States:

13. Have you **ever** called yourself a "nonresident" on a Federal, state or local tax return?  ☐ Yes  ☒ No

14. Have you **ever** failed to file a Federal, state or local tax return because you considered yourself to be a "nonresident"?  ☐ Yes  ☒ No

| Part 10. Additional Questions. (Continued) | Write your USCIS "A"- number here: |
|---|---|
| | A   0 7 7 7 2 7 3 1 5 |

**D. Good Moral Character.**

For the purposes of this application, you must answer "Yes" to the following questions, if applicable, even if your records were sealed or otherwise cleared or if anyone, including a judge, law enforcement officer or attorney, told you that you no longer have a record.

15. Have you **ever** committed a crime or offense for which you were **not** arrested?  ☐ Yes ☒ No

16. Have you **ever** been arrested, cited or detained by any law enforcement officer (including former INS and military officers) for any reason?  ☐ Yes ☒ No

17. Have you **ever** been charged with committing any crime or offense?  ☐ Yes ☒ No

18. Have you **ever** been convicted of a crime or offense?  ☐ Yes ☒ No

19. Have you **ever** been placed in an alternative sentencing or a rehabilitative program (for example: diversion, deferred prosecution, withheld adjudication, deferred adjudication)?  ☐ Yes ☒ No

20. Have you **ever** received a suspended sentence, been placed on probation or been paroled?  ☐ Yes ☒ No

21. Have you **ever** been in jail or prison?  ☐ Yes ☒ No

If you answered "Yes" to any of Questions 15 through 21, complete the following table. If you need more space, use a separate sheet (s) of paper to give the same information.

| Why were you arrested, cited, detained or charged? | Date arrested, cited, detained or charged? *(mm/dd/yyyy)* | Where were you arrested, cited, detained or charged? *(City, State, Country)* | Outcome or disposition of the arrest, citation, detention or charge *(No charges filed, charges dismissed, jail, probation, etc.)* |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

Answer Questions 22 through 33. If you answer "Yes" to any of these questions, attach (1) your written explanation why your answer was "Yes" and (2) any additional information or documentation that helps explain your answer.

22. Have you **ever**:

a. Been a habitual drunkard?  ☐ Yes ☒ No

b. Been a prostitute, or procured anyone for prostitution?  ☐ Yes ☒ No

c. Sold or smuggled controlled substances, illegal drugs or narcotics?  ☐ Yes ☒ No

d. Been married to more than one person at the same time?  ☐ Yes ☒ No

e. Helped anyone enter or try to enter the United States illegally?  ☐ Yes ☒ No

f. Gambled illegally or received income from illegal gambling?  ☐ Yes ☒ No

g. Failed to support your dependents or to pay alimony?  ☐ Yes ☒ No

23. Have you **ever** given false or misleading information to any U.S. government official while applying for any immigration benefit or to prevent deportation, exclusion or removal?  ☐ Yes ☒ No

24. Have you **ever** lied to any U.S. government official to gain entry or admission into the United States?  ☐ Yes ☒ No

| Part 10.  Additional Questions. (Continued) | Write your USCIS "A"- number here: |
|---|---|
| | A  0 7 7 7 2 7 3 1 5 |

**E.   Removal, Exclusion and Deportation Proceedings.**

25.  Are removal, exclusion, rescission or deportation proceedings pending against you?  ☐ Yes  ☒ No

26.  Have you **ever** been removed, excluded or deported from the United States?  ☐ Yes  ☒ No

27.  Have you **ever** been ordered to be removed, excluded or deported from the United States?  ☐ Yes  ☒ No

28.  Have you **ever** applied for any kind of relief from removal, exclusion or deportation?  ☐ Yes  ☒ No

**F.   Military Service.**

29.  Have you **ever** served in the U.S. Armed Forces?  ☐ Yes  ☒ No

30.  Have you **ever** left the United States to avoid being drafted into the U.S. Armed Forces?  ☐ Yes  ☒ No

31.  Have you **ever** applied for any kind of exemption from military service in the U.S. Armed Forces?  ☐ Yes  ☒ No

32.  Have you **ever** deserted from the U.S. Armed Forces?  ☐ Yes  ☒ No

**G.  Selective Service Registration.**

33.  Are you a male who lived in the United States at any time between your 18th and 26th birthdays in any status except as a lawful nonimmigrant?  ☐ Yes  ☒ No

If you answered "NO," go on to question 34.

If you answered "YES," provide the information below.

If you answered "YES," but you did not register with the Selective Service System and are still under 26 years of age, you must register before you apply for naturalization, so that you can complete the information below:

Date Registered (mm/dd/yyyy) [                    ]    Selective Service Number [                    ]

If you answered "YES," but you did not register with the Selective Service and you are now 26 years old or older, attach a statement explaining why you did not register.

**H.  Oath Requirements.** *(See Part 14 for the Text of the Oath)*

Answer Questions 34 through 39.  If you answer "No" to any of these questions, attach (1) your written explanation why the answer was "No" and (2) any additional information or documentation that helps to explain your answer.

34.  Do you support the Constitution and form of government of the United States?  ☒ Yes  ☐ No

35.  Do you understand the full Oath of Allegiance to the United States?  ☒ Yes  ☐ No

36.  Are you willing to take the full Oath of Allegiance to the United States?  ☒ Yes  ☐ No

37.  If the law requires it, are you willing to bear arms on behalf of the United States?  ☒ Yes  ☐ No

38.  If the law requires it, are you willing to perform noncombatant services in the U.S. Armed Forces?  ☒ Yes  ☐ No

39.  If the law requires it, are you willing to perform work of national importance under civilian direction?  ☒ Yes  ☐ No

**Part 11. Your Signature.**

Write your USCIS "A"- number here:

A  0 7 7 7 2 7 3 1 5

I certify, under penalty of perjury under the laws of the United States of America, that this application, and the evidence submitted with it, are all true and correct. I authorize the release of any information that USCIS needs to determine my eligibility for naturalization.

Your Signature

Date *(mm/dd/yyyy)*

**Part 12. Signature of Person Who Prepared This Application for You.** *(If Applicable)*

I declare under penalty of perjury that I prepared this application at the request of the above person. The answers provided are based on information of which I have personal knowledge and/or were provided to me by the above named person in response to the *exact questions* contained on this form.

Preparer's Printed Name

ANDRES  BENACH

Preparer's Signature

Date *(mm/dd/yyyy)*

Preparer's Firm or Organization Name *(If applicable)*

MAGGIO & KATTAR, P.C.

Preparer's Daytime Phone Number

(202) 483-0053

Preparer's Address - Street Number and Name

11 DUPONT CIRCLE, N.W., SUITE 775

City

WASHINGTON

State

DC

Zip Code

20036

**NOTE:  Do not complete Parts 13 and 14 until a USCIS Officer instructs you to do so.**

**Part 13. Signature at Interview.**

I swear (affirm) and certify under penalty of perjury under the laws of the United States of America that I know that the contents of this application for naturalization subscribed by me, including corrections numbered 1 through _____ and the evidence submitted by me numbered pages 1 through _____ , are true and correct to the best of my knowledge and belief.

Subscribed to and sworn to (affirmed) before me

Officer's Printed Name or Stamp

Date *(mm/dd/yyyy)*

Complete Signature of Applicant

Officer's Signature

**Part 14. Oath of Allegiance.**

If your application is approved, you will be scheduled for a public oath ceremony at which time you will be required to take the following oath of allegiance immediately prior to becoming a naturalized citizen.  By signing, you acknowledge your willingness and ability to take this oath:

I hereby declare, on oath, that I absolutely and entirely renounce and abjure all allegiance and fidelity to any foreign prince, potentate, state, or sovereignty, of whom or which I have heretofore been a subject or citizen;

that I will support and defend the Constitution and laws of the United States of America against all enemies, foreign and domestic;

that I will bear true faith and allegiance to the same;

that I will bear arms on behalf of the United States when required by the law;

that I will perform noncombatant service in the Armed Forces of the United States when required by the law;

that I will perform work of national importance under civilian direction when required by the law; and

that I take this obligation freely, without any mental reservation or purpose of evasion; so help me God.

Printed Name of Applicant

Complete Signature of Applicant

**Addendum for Form N400 by zgur TOHUMCU (A077 727 315)**

Addendum to Part 7 Question C. Time Outside the United States

    11/24/2004 - 11/28/2004; No; Germany; 3 days.
    09/04/2004 - 09/12/2004; No; Turkey; 7 days.
    02/15/2004 - 02/20/2004; No; Turkey; 4 days.
    12/26/2003 - 01/05/2004; No; Spain; 9 days.
    10/10/2003 - 11/13/2003; No; Turkey; 33 days.
    08/08/2003 - 09/02/2003; No; Turkey; 24 days.

    12/27/2002 - 01/05/2003; No; Turkey; 8 days.
    05/16/2002 - 05/20/2002; No; Turkey; 3 days.
    12/21/2001 - 01/08/2002; No; Turkey; 17 days.
    06/14/2001 - 06/25/2001; No; Turkey; 10 days.

U.S. Department of Justice
Immigration and Naturalization Service

OMB No. 1115-0009

# Application for Naturalization

Print clearly or type your answers using CAPITAL LETTERS. Failure to print clearly may delay your application. Use black or blue ink.

| **Part 1. Your Name** *(The Person Applying for Naturalization)* | Write your INS "A"- number here: A ___ ___ **077 727 315** ___ ___ ___ |
|---|---|

A. Your current legal name.

Family Name *(Last Name)*

**TOHUMCU**

Given Name *(First Name)*          Full Middle Name *(If applicable)*

**Ozgur**

B. Your name **exactly** as it appears on your Permanent Resident Card.

Family Name *(Last Name)*

**TOHUMCU**

Given Name *(First Name)*          Full Middle Name *(If applicable)*

**Ozgur**

C. If you have ever used other names, provide them below.

| Family Name *(Last Name)* | Given Name *(First Name)* | Middle Name |
|---|---|---|
| | | |
| | | |
| | | |

D. Name change *(optional)*

Please read the Instructions before you decide whether to change your name.

1. Would you like to legally change your name?  ☐ Yes  ☒ No
2. If "Yes," print the new name you would like to use. Do not use initials or abbreviations when writing your new name.

Family Name *(Last Name)*

Given Name *(First Name)*          Full Middle Name

**FOR INS USE ONLY**

| Bar Code | Date Stamp |
|---|---|

Remarks

Action

| **Part 2. Information About Your Eligibility** *(Check Only One)* |
|---|

I am at least 18 years old **AND**

A. ☒ I have been a Lawful Permanent Resident of the United States for at least 5 years.

B. ☐ I have been a Lawful Permanent Resident of the United States for at least 3 years, AND I have been married to and living with the same U.S. citizen for the last 3 years, AND my spouse has been a U.S. citizen for the last 3 years.

C. ☐ I am applying on the basis of qualifying military service.

D. ☐ Other *(Please explain)* _____

**Part 3. Information About You**

Write your INS "A"- number here:

A _ _ _ 077 727 315 _ _ _

**A. Social Security Number**

122082-1254

**B. Date of Birth** *(Month/Day/Year)*

05/04/1972 _ _ _ _

**C. Date You Became a Permanent Resident** *(Month/Day/Year)*

05/07/2001

**D. Country of Birth**

Turkey

**E. Country of Nationality**

Turkey

**F.** Are either of your parents U.S. citizens? *(if yes, see Instructions)*   ☐ Yes   ☐ No

**G.** What is your current marital status?   ☐ Single, Never Married   ☒ Married   ☐ Divorced   ☐ Widowed

☐ Marriage Annulled or Other *(Explain)* _____

**H.** Are you requesting a waiver of the English and/or U.S. History and Government requirements based on a disability or impairment and attaching a Form N-648 with your application?   ☐ Yes   ☒ No

**I.** Are you requesting an accommodation to the naturalization process because of a disability or impairment? *(See Instructions for some examples of accommodations.)*   ☐ Yes   ☒ No

If you answered "Yes", check the box below that applies:

☐ I am deaf or hearing impaired and need a sign language interpreter who users the following language: _____

☐ I use a wheelchair.

☐ I am blind or sight impaired.

☐ I will need another type of accommodation. Please explain: _____

_____

_____

**Part 4. Addresses and Telephone Numbers**

**A. Home Address - Street Number and Name** *(Do NOT write a P.O. Box in this space)*

1300 Kenyon Street

**Apartment Number**

Apt. 3

| City | County | State | ZIP Code | Country |
|------|--------|-------|----------|---------|
| Washington DC | | | 20010 | USA |

**B. Care of**

**Mail Address - Street Number and Name** *(If different from home address)*

**Apartment Number**

| City | State | ZIP Code | Country |
|------|-------|----------|---------|
| | | | |

**C. Daytime Phone Number** *(If any)*

**Evening Phone Number** *(If any)*

(202) 415-0295

**E-mail Address** *(If any)*

ozgurtohumcu@yahoo.com

| Part 5. Information for Criminal Records Search | Write your INS "A"- number here: |
|---|---|
| | A 077 727 315 |

**Note:** The categories below are those required by the FBI. See Instructions for more information.

A. Gender

☒ Male  ☐ Female

B. Height

Feet  Inches

C. Weight

Pounds

D. Are you Hispanic or Latino?  ☐ Yes  ☒ No

E. Race *(Select one or more.)*

☐ White  ☐ Asian  ☐ Black or African American  ☐ American Indian or Alaskan Native  ☐ Native Hawaiian or Other Pacific Islander

F. Hair color

☐ Black  ☐ Brown  ☐ Blonde  ☐ Gray  ☐ White  ☐ Red  ☐ Sandy  ☐ Bald (No Hair)

G. Eye color

☐ Brown  ☐ Blue  ☐ Green  ☐ Hazel  ☐ Gray  ☐ Black  ☐ Pink  ☐ Maroon  ☐ Other

| Part 6. Information About Your Residence and Employment |
|---|

A. Where have you lived during the last 5 years? Begin with where you live now and then list every place you lived for the last 5 years.
   If you need more space, use a separate sheet of paper.

| Street Number and Name, Apartment Number, City, State, Zip Code and Country | | | Dates *(Month/Year)* | |
|---|---|---|---|---|
| | | | From | To |
| Current Home Address - Same as Part 4.A | | | 11/01/2005 | Present |
| 1750 16th Street Apt.53 | Washington, DC | 20009 | 08/01/2003 | 10/31/2005 |
| 1101 New Hampshire Avenue, Apt. 1001 | Washington, DC | 20037 | 09/15/2002 | 07/31/2003 |
| 2521 Queen Annes Lane | Washington, DC | 20037 | 09/15/2001 | 09/14/2002 |
| 1917 North Adams Street | Arlington, VA | 22201 | 11/1997 | 09/14/2001 |

B. Where have you worked (or, if you were a student, what schools did you attend) during the last 5 years? Include military service.
   Begin with your current or latest employer and then list every place you have worked or studied for the last 5 years. If you need more
   space, use a separate sheet of paper.

| Employer or School Name | Employer or School Address *(Street, City and State)* | Dates *(Month/Year)* | | Your Occupation |
|---|---|---|---|---|
| | | From | To | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**Part 7. Time Outside the United States**
**(Including Trips to Canada, Mexico, and the Caribbean Islands)**

Write your INS "A"- number here:
A _ _ _ 077 727 315 _ _

A. How many total days did you spend outside of the United States during the past 5 years? ☐ days

B. How many trips of 24 hours or more have you taken outside of the United States during the past 5 years? ☐ trips

C. List below all the trips of 24 hours or more that you have taken outside of the United States since becoming a Lawful Permanent Resident. Begin with your most recent trip. If you need more space, use a separate sheet of paper.

| Date You Left the United States (Month/Day/Year) | Date You Returned to the United States (Month/Day/Year) | Did Trip Last 6 Months or More? | Countries to Which You Traveled | Total Days Out of the United States |
|---|---|---|---|---|
| 01/13/2006 | TBD | ☐ Yes ☐ No | Turkey | |
| 11/12/2005 | 01/06/2006 | ☐ Yes ☐ No | Turkey | |
| 10/07/2005 | 11/10/2005 | ☐ Yes ☐ No | Turkey | |
| 09/18/2005 | 10/05/2005 | ☐ Yes ☐ No | Turkey | |
| 08/17/2005 | 08/21/2005 | ☐ Yes ☐ No | Turkey | |
| 08/12/2005 | 08/14/2005 | ☐ Yes ☐ No | Canada | |
| 07/31/2005 | 08/02/2005 | ☐ Yes ☐ No | Canada | |
| 07/22/2005 | 07/25/2005 | ☐ Yes ☐ No | Turkey | |
| 06/25/2005 | 07/07/2005 | ☐ Yes ☐ No | Turkey | |
| 11/24/2004 | 11/28/2004 | ☐ Yes ☐ No | Germany | |

**Part 8. Information About Your Marital History**

A. How many times have you been married (including annulled marriages)? ☐ If you have NEVER been married, go to Part 9.

B. If you are married, give the following information about your spouse:

1. Spouse's Family Name *(Last Name)*        Given Name *(First Name)*        Full Middle Name *(If applicable)*

2. Date of Birth*(Month/Day/Year)*        3. Date of Marriage *(Month/Day/Year)*        4. Spouse's Social Security Number

5 Home Address - Street Number and Name        Apartment Number

City        State        ZIP Code

| Part 8. Information About Your Marital History *(Continued)* | Write your INS "A"- number here: |
|---|---|
| | A _ _ _ **077 727 315** _ _ _ |

C. Is your spouse a U.S. citizen?    ☐ Yes    ☐ No

D. If your spouse is a U.S. citizen, give the following information:

    1. When did your spouse become a U.S. citizen?    ☐ At Birth    ☐ Other

    If "Other," give the following information:

| 2. Date your spouse became a U.S. citizen | 3. Place your spouse became a U.S. citizen *(Please see Instructions)* |
|---|---|
| _ _ _ _ _ _ _ _ | |
| | City and State |

E. If your spouse is NOT a U.S. citizen, give the following information:

| 1. Spouse's Country of Citizenship | 2. Spouse's INS "A"- Number *(If applicable)* |
|---|---|
| | A _ _ _ _ _ _ _ _ _ |

3. Spouse's Immigration Status

☐ Lawful Permanent Resident    ☐ Other _____

F. If you were married before, provide the following information about your prior spouse. If you have more than one previous marriage, use a separate sheet of paper to provide the information requested in questions 1-5 below.

| 1. Prior Spouse's Family Name *(Last Name)* | Given Name *(First Name)* | Full Middle Name *(If applicable)* |
|---|---|---|
| | | |

| 2. Prior Spouse's Immigration Status | 3. Date of Marriage *(Month/Day/Year)* | 4. Date Marriage Ended *(Month/Day/Year)* |
|---|---|---|
| ☐ U.S. Citizen | _ _ _ _ _ _ _ _ | _ _ _ _ _ _ _ _ |
| ☐ Lawful Permanent Resident | | |
| ☐ Other _____ | 5. How Marriage Ended | |
| | ☐ Divorce  ☐ Spouse Died  ☐ Other | |

G. How many times has your current spouse been married (including annulled marriages)?    ☐

If your spouse has EVER been married before, give the following information about **your spouse's** prior marriage.
If your spouse has more than one previous marriage, use a separate sheet of paper to provide the information requested in questions 1 - 5 below.

| 1. Prior Spouse's Family Name *(Last Name)* | Given Name *(First Name)* | Full Middle Name *(If applicable)* |
|---|---|---|
| | | |

| 2. Prior Spouse's Immigration Status | 3. Date of Marriage *(Month/Day/Year)* | 4. Date Marriage Ended *(Month/Day/Year)* |
|---|---|---|
| ☐ U.S. Citizen | _ _ _ _ _ _ _ _ | _ _ _ _ _ _ _ _ |
| ☐ Lawful Permanent Resident | | |
| ☐ Other _____ | 5. How Marriage End | |
| | ☐ Divorce  ☐ Spouse Died  ☐ Other _____ | |

| Part 9. Information About Your Children | Write your INS "A"- number here: |
|---|---|
| | A ___ 077 727 315 ___ ___ ___ ___ |

A. How many sons and daughters have you had? For more information on which sons and daughters you should include and how to complete this section, see the Instructions.

B. Provide the following information about all of your sons and daughters. If you need more space, use a separate sheet of paper.

| Full name of Son or Daughter | Date of Birth (Month/Day/Year) | INS "A"- number (if child has one) | Country of Birth | Current Address (Street, City, State & Country) |
|---|---|---|---|---|
| | __ __ __ __ __ __ | A __ __ __ __ __ __ | | |
| | __ __ __ __ __ __ | A __ __ __ __ __ __ | | |
| | __ __ __ __ __ __ | A __ __ __ __ __ __ | | |
| | __ __ __ __ __ __ | A __ __ __ __ __ __ | | |
| | __ __ __ __ __ __ | A __ __ __ __ __ __ | | |
| | __ __ __ __ __ __ | A __ __ __ __ __ __ | | |
| | __ __ __ __ __ __ | A __ __ __ __ __ __ | | |
| | __ __ __ __ __ __ | A __ __ __ __ __ __ | | |

## Part 10. Additional Questions

Please answer questions 1 through 14. If you answer "Yes" to any of these questions, include a written explanation with this form. Your written explanation should (1) explain why your answer was "Yes," and (2) provide any additional information that helps to explain your answer.

### A. General Questions

1. Have you **EVER** claimed to be a U.S. citizen *(in writing or any other way)*?    ☐ Yes    ☐ No

2. Have you **EVER** registered to vote in any Federal, state, or local election in the United States?    ☐ Yes    ☐ No

3. Have you **EVER** voted in any Federal, state, or local election in the United States?    ☐ Yes    ☐ No

4. Since becoming a Lawful Permanent Resident, have you **EVER** failed to file a required Federal, state, or local tax return?    ☐ Yes    ☐ No

5. Do you owe any Federal, state, or local taxes that are overdue?    ☐ Yes    ☐ No

6. Do you have any title of nobility in any foreign country?    ☐ Yes    ☐ No

7. Have you ever been declared legally incompetent or been confined to a mental institution within the last 5 years?    ☐ Yes    ☐ No

| Part 10. Additional Questions  *(Continued)* | Write your INS "A"- number here: <br> A  ___ ___ ___ **077 727 315** ___ ___ ___ |
|---|---|

### B. Affiliations

8. a. Have you **EVER** been a member of or associated with any organization, association, fund, foundation, party, club, society, or similar group in the United States or in any other place?  ☐ Yes ☐ No

b. If you answered "Yes," list the name of each group below. If you need more space, attach the names of the other group(s) on a separate sheet of paper.

| Name of Group | Name of Group |
|---|---|
| 1. | 6. |
| 2. | 7. |
| 3. | 8. |
| 4. | 9. |
| 5. | 10. |

9. Have you **EVER** been a member of or in any way associated *(either directly or indirectly)* with:

   a. The Communist Party?  ☐ Yes ☐ No

   b. Any other totalitarian party?  ☐ Yes ☐ No

   c. A terrorist organization?  ☐ Yes ☐ No

10. Have you **EVER** advocated *(either directly or indirectly)* the overthrow of any government by force or violence?  ☐ Yes ☐ No

11. Have you **EVER** persecuted *(either directly or indirectly)* any person because of race, religion, national origin, membership in a particular social group, or political opinion?  ☐ Yes ☐ No

12. Between March 23, 1933, and May 8, 1945, did you work for or associate in any way *(either directly or indirectly)* with:

   a. The Nazi government of Germany?  ☐ Yes ☐ No

   b. Any government in any area (1) occupied by, (2) allied with, or (3) established with the help of the Nazi government of Germany?  ☐ Yes ☐ No

   c. Any German, Nazi, or S.S. military unit, paramilitary unit, self-defense unit, vigilante unit, citizen unit, police unit, government agency or office, extermination camp, concentration camp, prisoner of war camp, prison, labor camp, or transit camp?  ☐ Yes ☐ No

### C. Continuous Residence

Since becoming a Lawful Permanent Resident of the United States:

13. Have you **EVER** called yourself a "nonresident" on a Federal, state, or local tax return?  ☐ Yes ☐ No

14. Have you **EVER** failed to file a Federal, state, or local tax return because you considered yourself to be a "nonresident"?  ☐ Yes ☐ No

| Part 10. Additional Questions *(Continued)* | Write your INS "A"- number here: |
|---|---|
| | A _ _ _ **077 727 315** _ _ _ |

### D. Good Moral Character

For the purposes of this application , you must answer "Yes" to the following questions, if applicable, even if your records were sealed or otherwise cleared or if anyone, including a judge, law enforcement officer, or attorney, told you that you no longer have a record.

15. Have you **EVER** committed a crime or offense for which you were NOT arrested? ☐ Yes ☐ No

16. Have you **EVER** been arrested, cited, or detained by any law enforcement officer (including INS and military officers) for any reason? ☐ Yes ☐ No

17. Have you **EVER** been charged with committing any crime or offense? ☐ Yes ☐ No

18. Have you **EVER** been convicted of a crime or offense? ☐ Yes ☐ No

19. Have you **EVER** been placed in an alternative sentencing or a rehabilitative program (for example: diversion, deferred prosecution, withheld adjudication, deferred adjudication)? ☐ Yes ☐ No

20. Have you **EVER** received a suspended sentence, been placed on probation, or been paroled? ☐ Yes ☐ No

21 Have you **EVER** been in jail or prison? ☐ Yes ☐ No

If you answered "Yes" to any of questions 15 through 21, complete the following table. If you need more space, use a separate sheet of paper to give the same information.

| Why were you arrested, cited, detained, or charged? | Date arrested, cited, detained, or charged *(Month/Day/Year)* | Where were you arrested, cited, detained or charged? *(City, State, Country)* | Outcome or disposition of the arrest, citation, detention or charge *(No charges filed, charges dismissed, jail, probation, etc.)* |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

Answer questions 22 through 33. If you answer "Yes" to any of these questions, attach (1) your written explanation why your answer was "Yes," and (2) any additional information or documentation that helps explain your answer.

22. Have you **EVER**:

    a. been a habitual drunkard? ☐ Yes ☐ No

    b. been a prostitute, or procured anyone for prostitution? ☐ Yes ☐ No

    c. sold or smuggled controlled substances, illegal drugs or narcotics? ☐ Yes ☐ No

    d. been married to more than one person at the same time? ☐ Yes ☐ No

    e. helped anyone enter or try to enter the United States illegally? ☐ Yes ☐ No

    f. gambled illegally or received income from illegal gambling? ☐ Yes ☐ No

    g. failed to support your dependents or to pay alimony? ☐ Yes ☐ No

23. Have you **EVER** given false or misleading information to any U.S. government official while applying for any immigration benefit or to prevent deportation, exclusion, or removal? ☐ Yes ☐ No

24. Have you **EVER** lied to any U.S. government official to gain entry or admission into the United States? ☐ Yes ☐ No

| **Part 10. Additional Questions** *(Continued)* | Write your INS "A"- number here: |
|---|---|
| | A _ _ _ **077 727 315** _ _ _ |

### E. Removal, Exclusion, and Deportation Proceedings

25. Are removal, exclusion, rescission or deportation proceedings pending against you?    ☐ Yes   ☐ No

26. Have you **EVER** been removed, excluded, or deported from the United States?    ☐ Yes   ☐ No

27. Have you **EVER** been ordered to be removed, excluded, or deported from the United States?    ☐ Yes   ☐ No

28. Have you **EVER** applied for any kind of relief from removal, exclusion, or deportation?    ☐ Yes   ☐ No

### F. Military service

29. Have you **EVER** served in the U.S. Armed Forces?    ☐ Yes   ☐ No

30. Have you **EVER** left the United States to avoid being drafted into the U.S. Armed Forces?    ☐ Yes   ☐ No

31. Have you **EVER** applied for any kind of exemption from military service in the U.S. Armed Forces?    ☐ Yes   ☐ No

32. Have you **EVER** deserted from the U.S. Armed Forces?    ☐ Yes   ☐ No

### G. Selective Service Registration

33. Are you a male who lived in the United States at any time between your 18th and 26th birthdays in any status except as a lawful nonimmigrant?    ☐ Yes   ☐ No

If you answered "NO", go on to question 34.

If you answered "YES", provide the information below.

If you answered "YES", but you did NOT register with the Selective Service System and are still under 26 years of age, you must register before you apply for naturalization, so that you can complete the information below:

Date Registered (Month/Day/Year) [＿＿＿＿＿＿＿＿]    Selective Service Number [_ _ _ _ _ _ _ _ _]

If you answered "YES", but you did NOT register with the Selective Service and you are now 26 years old or older, attach a statement explaining why you did not register.

### H. Oath Requirements    *(See Part 14 for the text of the oath)*

Answer questions 34 through 39. If you answer "No" to any of these questions, attach (1) your written explanation why the answer was "No" and (2) any additional information or documentation that helps to explain your answer.

34. Do you support the Constitution and form of government of the United States?    ☐ Yes   ☐ No

35. Do you understand the full Oath of Allegiance to the United States?    ☐ Yes   ☐ No

36. Are you willing to take the full Oath of Allegiance to the United States?    ☐ Yes   ☐ No

37. If the law requires it, are you willing to bear arms on behalf of the United States?    ☐ Yes   ☐ No

38. If the law requires it, are you willing to perform noncombatant services in the U.S. Armed Forces?    ☐ Yes   ☐ No

39. If the law requires it, are you willing to perform work of national importance under civilian direction?    ☐ Yes   ☐ No

| Part 11. Your Signature. | Write your USCIS "A"- number here: A |
|---|---|

I certify, under penalty of perjury under the laws of the United States of America, that this application, and the evidence submitted with it, are all true and correct. I authorize the release of any information that the USCIS needs to determine my eligibility for naturalization.

| Your Signature | Date *(mm/dd/yyyy)* |
|---|---|
| *[signature]* | |

### Part 12. Signature of Person Who Prepared This Application for You. *(If Applicable)*

I declare under penalty of perjury that I prepared this application at the request of the above person. The answers provided are based on information of which I have personal knowledge and/or were provided to me by the above named person in response to the *exact questions* contained on this form.

| Preparer's Printed Name | Preparer's Signaure |
|---|---|
| **Andres C. Benach** | *Andres C. Benach* |

| Date *(mm/dd/yyyy)* | Preparer's Firm or Organization Name *(If applicable)* | Preparer's Daytime Phone Number |
|---|---|---|
| 2/7/06 | **MAGGIO KATTAR, P.C.** | **(202) 483-0053** |

| Preparer's Address - Street Number and Name | City | State | Zip Code |
|---|---|---|---|
| **11 Dupont Circle, N.W., Suite 775** | **Washington,** | **DC** | **20036** |

### NOTE:  Do not complete Parts 13 and 14 until a USCIS Officer instructs you to do so.

### Part 13. Signature at Interview.

I swear (affirm) and certify under penalty of perjury under the laws of the United States of America that I know that the contents of this application for naturalization subscribed by me, including corrections numbered 1 through _____ and the evidence submitted by me numbered pages 1 through _____ , are true and correct to the best of my knowledge and belief.

Subscribed to and sworn to (affirmed) before me

| | Officer's Printed Name or Stamp | Date *(mm/dd/yyyy)* |
|---|---|---|
| Complete Signature of Applicant | Officer's Signature | |
| | | |

### Part 14. Oath of Allegiance.

If your application is approved, you will be scheduled for a public oath ceremony at which time you will be required to take the following oath of allegiance immediately prior to becoming a naturalized citizen.  By signing, you acknowledge your willingness and ability to take this oath:

I hereby declare, on oath, that I absolutely and entirely renounce and abjure all allegiance and fidelity to any foreign prince, potentate, state, or sovereignty, of whom or which I have heretofore been a subject or citizen;

that I will support and defend the Constitution and laws of the United States of America against all enemies, foreign and domestic;

that I will bear true faith and allegiance to the same;

that I will bear arms on behalf of the United States when required by the law;

that I will perform noncombatant service in the Armed Forces of the United States when required by the law;

that I will perform work of national importance under civilian direction when required by the law; and

that I take this obligation freely, without any mental reservation or purpose of evasion; so help me God.

| Printed Name of Applicant | Complete Signature of Applicant |
|---|---|
| | |

Addendum to N-400 Part 7, Time outside the U.S.

09/04/2004 - 09/12/2004-Turkey
02/15/2004 - 02/20/2004-Turkey
12/26/2003 - 01/05/2004- Spain
10/10/2003 - 11/13/2003- Turkey
08/08/2003 - 09/02/2003-Turkey
12/27/2002 - 01/05/2003-Turkey
05/16/2002 - 05/20/2002-Turkey
12/21/2001 - 01/08/2002-Turkey
06/14/2001 - 06/25/2001-Turkey

**PERMANENT RESIDENT CARD**

NAME TOHUMCU, OZGUR



INS A# 077-727-315

Birthdate     Category    Sex
05/04/72     E31    M

Country of Birth
Turkey

CARD EXPIRES 07/03/11

Resident Since 05/07/01



```
C1USA077727315OEACO015051751<<
7205044M1107032TUR<<<<<<<<<<<5
TOHUMCU<<OZGUR<<<<<<<<<<<<<<<<
```

