Department of Homeland Security
U.S. Citizenship and Immigration Services

**I-797C, Notice of Action**

---

# THE UNITED STATES OF AMERICA

---

| Receipt | | | NOTICE DATE |
|---|---|---|---|
| **CASE TYPE** | | | February 19, 2006 |
| N400   Application For Naturalization | | | **INS A#** |
| **APPLICATION NUMBER** | **RECEIVED DATE** | **PRIORITY DATE** | A 077 727 315 |
| ESC*001566931 | February 10, 2006 | February 10, 2006 | **PAGE** 1 of 1 |

**APPLICANT NAME AND MAILING ADDRESS**

OZGUR TOHUMCU
c/o ANDRES C BENACH
MAGGIO & KATTAR MAGGIO & KATTAR P
11 DUPONT CIRCLE NW STE 775
WASHINGTON DC  20036

**PAYMENT INFORMATION:**

Single Application Fee:       $400.00
Total Amount Received:        $400.00
Total Balance Due:              $0.00

The above application has been received by our office and is in process. Our records indicate your personal information is as follows:

Date of Birth:              May 04, 1972
Address Where You Live:     1300 KENYON STREET APT 3
                            WASHINGTON DC DC 20010

Please verify your personal information listed above and immediately notify our office at the address or phone number listed below if there are any changes.

You will be notified of the date and place of your interview when you have been scheduled by the local INS office. You should expect to be notified within 90 days of this notice.

---

If you have any questions or comments regarding this notice or the status of your case, please contact our office at the below address or customer service number. You will be notified separately about any other cases you may have filed.

If you have other questions about possible immigration benefits and services, filing information, or INS forms, please call the INS National Customer Service Center (NCSC) at **1-800-375-5283**. If you are hearing impaired, please call the NCSC TDD at **1-800-767-1833**.

If you have access to the Internet, you can also visit INS at www.ins.usdoj.gov. Here you can find valuable information about forms and filing instructions, and about general immigration services and benefits. At present, this site does not provide case status information.

**INS Office Address:**
US IMMIGRATION AND NATURALIZATION SERVICE
75 LOWER WELDEN STREET
ST ALBANS VT 05479-

**INS Customer Service Number:**
(800) 375-5283

REPRESENTATIVE COPY

ESC$001549521



Form I-797C (Rev. 01/31/05) N