Department of Homeland Security  
U.S. Citizenship and Immigration Services

**I-797C, Notice of Action**

---

THE UNITED STATES OF AMERICA

---

| Fingerprint Notification | | | NOTICE DATE<br>March 03, 2006 |
|---|---|---|---|
| CASE TYPE<br>N400    Application For Naturalization | | | INS A#<br>A 077 727 315 |
| APPLICATION NUMBER<br>ESC*001566931 | RECEIVED DATE<br>February 10, 2006 | PRIORITY DATE<br>February 10, 2006 | PAGE<br>1 of 1 |

APPLICANT NAME AND MAILING ADDRESS

OZGUR TOHUMCU  
c/o ANDRES C BENACH  
MAGGIO & KATTAR MAGGIO & KATTAR P  
11 DUPONT CIRCLE NW STE 775  
WASHINGTON DC  20036





To process your application, INS must take your fingerprints and have them cleared by the FBI. **PLEASE APPEAR AT THE BELOW APPLICATION SUPPORT CENTER AT THE DATE AND TIME SPECIFIED.** If you are unable to do so, complete the bottom of this notice and return the entire original notice to the address below. **RESCHEDULING YOUR APPOINTMENT WILL DELAY YOUR APPLICATION. IF YOU FAIL TO APPEAR AS SCHEDULED BELOW OR FAIL TO REQUEST RESCHEDULING, YOUR APPLICATION WILL BE CONSIDERED ABANDONED.**

**APPLICATION SUPPORT CENTER**  
INS GLENMONT  
12331-C GEORGIA AVE.  
GLENMONT PLAZA  
WHEATON MD 20906

**DATE AND TIME OF APPOINTMENT**  
03/22/2006  
10:00 AM

**WHEN YOU GO TO THE APPLICATION SUPPORT CENTER TO HAVE YOUR FINGERPRINTS TAKEN, YOU MUST BRING:**
1. **THIS APPOINTMENT NOTICE** and
2. **PHOTO IDENTIFICATION.** Naturalization applicants must bring their Alien Registration Card. All other applicants must bring a passport, driver's license, national ID, military ID, or State-issued photo ID. If you appear without proper identification, you will not be fingerprinted.

**PLEASE DISREGARD THIS NOTICE IF YOUR APPLICATION HAS ALREADY BEEN GRANTED.**

---

**REQUEST FOR RESCHEDULING**

Please reschedule my appointment for the next available:    ☐ Wednesday afternoon    ☐ Saturday afternoon

INS cannot guarantee the day preferred, but will do so to the extent possible.  
Upon receipt of your request, you will be provided a new appointment notice. Please mail your request to:

INS GLENMONT  
12331-C GEORGIA AVE.  
GLENMONT PLAZA  
WHEATON MD 20906

If you have any questions regarding this notice, please call 1-800-375-5283.    REPRESENTATIVE COPY

APPLICATION NUMBER  
ESC*001566931

**WARNING!**  
*Due to limited seating availability in our lobby areas, only persons who are necessary to assist with transportation or completing the fingerprint worksheet should accompany you.*

Form I-797C (Rev. 01/31/05) N