# THE UNITED STATES OF AMERICA

| Request for Applicant to Appear for Naturalization Initial Interview | | | NOTICE DATE June 15, 2006 |
|---|---|---|---|
| **CASE TYPE** N400 Application For Naturalization | | | **INS A#** A 077 727 315 |
| **APPLICATION NUMBER** ESC*001566931 | **RECEIVED DATE** February 10, 2006 | **PRIORITY DATE** February 10, 2006 | **PAGE** 1 of 1 |

**APPLICANT NAME AND MAILING ADDRESS**
OZGUR TOHUMCU
c/o ANDRES C BENACH
MAGGIO & KATTAR MAGGIO & KATTAR P
11 DUPONT CIRCLE NW STE 775
WASHINGTON DC 20036

**Please come to:**
U.S.C.I.S.
2675 PROSPERITY AVENUE
2ND FLOOR
ROOM 200
FAIRFAX VA 22031
On (Date): Wednesday, August 09, 2006
At (Time): 01:00 PM

You are hereby notified to appear for an interview on your Application for Naturalization at the date, time, and place indicated above. **Waiting room capacity is limited. Please do not arrive any earlier than 30 minutes before your scheduled appointment time.** The proceeding will take about two hours. If for any reason you cannot keep this appointment, return this letter immediately to the INS office address listed below with your explanation and a request for a new appointment; otherwise, no further action will be taken on your application.

If you are applying for citizenship for yourself, you will be tested on your knowledge of the government and history of the United States. You will also be tested on reading, writing, and speaking English, unless on the day you filed your application, you have been living in the United States for a total of at least 20 years as a lawful permanent resident and are over 50 years old, or you have been living in the United States for a total of 15 years as a lawful permanent resident and are over 55 years old, or unless you have a medically determinable disability (you must have filed form N648 Medical Certification for Disability Exception, with your N400 Application for Naturalization).

**You MUST BRING the following with you to the interview:**
- This letter.
- Your Alien Registration Card (green card).
- Any evidence of Selective Service Registration.
- Your passport and/or any other documents you used in connection with any entries into the United States.
- Those items noted below which are applicable to you:

If applying for NATURALIZATION AS THE SPOUSE of a United States Citizen;
- Your marriage certificate.
- Proof of death or divorce for each prior marriage of yourself or spouse.
- Your spouse's birth or naturalization certificate or certificate of citizenship.

If applying for NATURALIZATION as a member of the United States Armed Forces;
- Your discharge certificate, or form DD 214.

If copies of a document were submitted as evidence with your N400 application, the originals of those documents should be brought to the interview.

**PLEASE keep this appointment, even if you do not have all the items indicated above.**

If you have any questions or comments regarding this notice or the status of your case, please contact our office at the below address or customer service number. You will be notified separately about any other cases you may have filed.

**INS Office Address:**
US IMMIGRATION AND NATURALIZATION SERVICE
2ND FLOOR
2675 PROSPERITY AVENUE
FAIRFAX VA 22031-

**INS Customer Service Number:**
(800) 375-5283

REPRESENTATIVE COPY



Form I-797C (Rev. 01/31/05) N

U.S. Department of Justice  
Immigration and Naturalization Service                         Naturalization Interview Document Checklist

Please bring the <u>original and a photocopy</u> of the applicable items listed below to your naturalization interview. Any documents in a foreign language must be accompanied by an English language translation. The translator must certify that he/she is competent to translate and that the translation is accurate.

Please be on time for your interview-rescheduling will cause delays in processing your case.

<u>All</u> applicants must bring:
- Your Permanent Resident Card (previously known as "Alien Registration Card" or "Green Card"); AND
- Photo identification; AND
- Your passport and any travel documents issued by the INS.

If your current name is different than the name on your Permanent Resident Card, bring:
- The document which legally changed your name (e.g., marriage license, divorce decree, court document).

If you are applying for naturalization on the basis of marriage to a United States citizen, bring:
- Proof that your spouse has been a U.S. citizen for at least the past 3 years (birth certificate, naturalization certificate, certificate of citizenship, your spouse's valid U.S. passport, OR Form FS240, "Report of Birth Abroad of a Citizen of the United States of America"); AND
- Your current marriage certificate; AND
- Proof of termination of ALL of your spouse's prior marriages (e.g., divorce decree, death certificate); AND
- An <u>original</u> Internal Revenue Service (IRS) Form 1722 listing tax information for the past 3 years OR copies of the income tax forms you filed for the past 3 years.

If you were previously married, bring:
- Proof of termination of ALL of your prior marriages (e.g, divorce decree, death certificate).

If you have ever been in the United States military, bring:
- An <u>original</u> Form N-426, "Request for Certification of Military or Naval Service;" AND
- An <u>original</u> Form G-325B, "Biographic Information."

If you have taken a trip outside of the United States that lasted for 6 months or more since becoming a Permanent Resident, bring:
- An <u>original</u> IRS 1722 letter, listing tax information for the past 5 years (or for the past 3 years if you are applying on the basis of marriage to a U.S. citizen).

If you have a dependent spouse or children and have been ordered to provide financial support, bring:
- Copies of the court or government order to provide financial support; AND
- Evidence that you have complied with the court or government order (cancelled checks, money order receipts, a court or agency printout of child support payments, OR evidence of wage garnishments).

FC-025 EFC  
09/98   1231                                                   Please turn page over



Naturalization Interview Document Checklist-page 2

If you have ever been arrested or detained by any law enforcement officer for any reason and <u>no charges were filed</u>, bring:
- ☐ An official statement from the arresting agency or applicable court indicating that no charges were filed.

If you have ever been arrested or detained by any law enforcement officer for any reason and <u>charges were filed</u>, bring:
- ☐ An <u>original</u> or a certified copy of the complete court disposition for each incident (dismissal order, conviction record, <u>OR</u> acquittal order).

If you have ever been convicted or placed in an alternative sentencing program or rehabilitative program, bring:
- ☐ The sentencing record for each incident; AND
- ☐ Evidence that you completed your sentence (probation record, parole record, <u>OR</u> evidence that you completed an alternative sentencing program or rehabilitative program).

If you have ever had any arrest or conviction vacated, set aside, sealed, expunged or otherwise removed from your record, bring:
- ☐ An <u>original</u> or a certified copy of the court order, vacating, setting aside, sealing, expunging or otherwise removing the arrest or conviction.

If you have ever failed to file an income tax return when it was required by law, bring:
- ☐ Copies of all correspondence with the IRS regarding your failure to file taxes.

If you have any federal, state, or local taxes that are overdue, bring:
- ☐ A signed agreement from the IRS, state, or local tax office showing that you have filed a tax return and arranged to pay the taxes you owe; AND
- ☐ Documentation from the IRS, state, or local tax office showing the current status of your repayment program.

If you are applying for a disability exception to the testing requirement and have not submitted a Form N-648, bring:
- ☐ An <u>original</u> Form N-648, "Medical Certification for Disability Exceptions," completed by a licensed medical doctor, licensed clinical psychologist, or licensed doctor of osteopathy.

If you did not register with the Selective Service and you 1) are male, 2) are over 26 years old, 3) were born on or after January 1, 1960, and 4) were a Permanent Resident between the ages of 18 and 26, bring:
- ☐ A "Status Information Letter" from the Selective Service (call 1-847-688-6888 for more information).

*Please bring the required documents to avoid delays in deciding your case. This is a general checklist. Since each case is unique, you may be required to submit additional documents.*