UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| OZGUR TOHUMCU<br>1300 Kenyon Street, NW<br>Apartment 3<br>Washington, DC 20010<br>CIS File No. A77 727 315<br><br>　　　　Plaintiff,<br><br>v.<br><br>PHYLLIS HOWARD, District Director<br>Washington Field Office<br>US Citizenship & Immigration Service<br>2675 Prosperity Avenue<br>Fairfax, VA 22031<br><br>EMILIO T. GONZALEZ, Director<br>U.S. Citizenship and Immigration Services<br>20 Massachusetts Avenue, N.W.<br>Washington, DC 20529<br><br>MICHAEL CHERTOFF, Secretary<br>U.S. Department of Homeland Security<br>425 Murray Drive, Building 410<br>Washington, DC 20528<br><br>ROBERT S. MUELLER, Director<br>Federal Bureau of Investigation<br>J. Edgar Hoover Building<br>935 Pennsylvania Avenue, N.W.<br>Washington, DC 20535<br><br>　　　　Defendants | COMPLAINT FOR HEARING<br>ON NATURALIZATION<br>APPLICATION<br><br>Civ. No. |

## DECLARATION OF SATSITA MURADOVA

1. I am employed as a paralegal at Maggio & Kattar, P.C., an immigration law firm in the District of Columbia. I work under the supervision of Senior Attorney Andres C. Benach. As part of my duties, I attend appointments at the U.S. Citizenship and Immigration Service (CIS) office at 2675 Prosperity Avenue, Fairfax, VA, 22031 ("Fairfax office") to inquire about the status of pending cases.

2. These appointments are fixed on the internet and are called INFOPASS appointments.

3. Mr. Benach represents Mr. Tohumcu in his application for naturalization before the U.S.C.I.S. Mr. Benach and Mr. Tohumcu attended an interview at the Fairfax office on Mr. Tohumcu's application for naturalization on August 9, 2006.

4. Mr. Benach asked me to attend an INFOPASS appointment at the Fairfax office on August 30, 2006 to inquire on the status of Mr. Tohumcu's pending application for naturalization.

5. On August 30, 2006, I was informed by CIS that Mr. Tohumcu's background checks remained pending.

I declare under the penalty of perjury that the foregoing is true to the best of my knowledge and belief.

_____
Satsita Muradova
Paralegal
MAGGIO & KATTAR
11 Dupont Circle, NW
Suite 775
Washington DC 20035