

**MAGGIO KATTAR**

Immigration and Nationality Attorneys

11 Dupont Circle, NW
Suite 775
Washington, DC 20036

202.483.0053 tel
202.483.6801 fax
www.maggio-kattar.com

Our File No.: 05-720

November 30, 2006

<u>*VIA CERTIFIED MAIL #70052570000134799780*</u>

US Citizenship & Immigration Services
2675 Prosperity Ave.
Fairfax, VA 22031

RE:   **Ozgur TOHUMCU (A 77 727 315)**
<u>Pending N-400 Applicant (ESC*001566931)</u>
**INTERVIEWED ON AUGUST 9, 2006**

Dear Sir or Madam:

Our above-referenced client was interviewed at your office for his naturalization application on August 9, 2006 (copy of G-28 and interview notice enclosed). At this interview, the officer found that our client appeared eligible for naturalization, but the case was still pending background checks.

We inquired on this case at your office via INFOPASS appointments on August 30, 2006; September 25, 2006; and November 9, 2006. On all of these occasions, we were informed that Mr. Tohumcu's background checks remain pending.

**As it has been <u>113 days</u> since our client was interviewed, we kindly request that your office come to a decision on this N-400 application as soon as possible.**

Thank you for your kind consideration of this application. Please do not hesitate to contact our office should you have any questions or concerns.

Sincerely,

MAGGIO & KATTAR

*[signature]*

Andres C. Benach

Enclosures: as stated.
cc:   Ozgur Tohumcu

---

Michael Maggio
Elizabeth A. Quinn*
Melissa Frisk*
James Alexander*

Andrés C. Benach*
John Nahajzer
Amy R. Novick
Cora D. Tekach

Sandra Grossman*
Nadeen Aljijakli*
Thomas Ragland*

*Not admitted in Washington, DC

| U.S. Department of Justice | Notice of Entry of Appearance |
| --- | --- |
| Immigration and Naturalization Service | as Attorney or Representative |

**Appearance** - An appearance shall be filed on this form by the attorney or representative appearing in each case. Thereafter, substitution may be permitted upon the written withdrawal of the attorney or representative of record or upon notification of the new attorney or representative. When an appearance is made by a person acting in a representative capacity, his personal appearance or signature shall constitute a representation that under the provisions of this chapter he is authorized and qualified to represent. Further proof of authority to act in a representative capacity may be required. **Availability of Records** - During the time a case is pending, and except as otherwise provided in 8CFR 103.2(b), a party to a proceeding or his attorney or representative shall be permitted to examine the record of proceeding in a Service office. He may, in conformity with 8 CFR 103.10, obtain copies of Service records or information therefrom and copies of documents or transcripts of evidence furnished by him. Upon request, he/she may, in addition, be loaned a copy of the testimony and exhibits contained in the record of proceeding upon giving his/her receipt for such copies and pledging that it will be surrendered upon final disposition of the case or upon demand. If extra copies of exhibits do not exist, they shall not be furnished free on loan; however, they shall be made available for copying or purchase of copies as provided in 8 CFR 103.10.

In re: Application for Naturalization Form N-400 by Ozgur TOHUMCU

Date: / /
File No. 077 727 315

I hereby enter my appearance as attorney for (or representative of), and at the request of, the following named person(s):

Name: Ozgur TOHUMCU   ☒ Applicant
Address: Apt. 3, 1300 Kenyon Street, Washington DC, 20010

Check applicable Item(s) below:

☒ 1. I am an attorney and a member in good standing of the bar of the Supreme Court of the United States or of the highest court of the following State, territory, insular possession, or District of Columbia
**New York**    **Court of Appeals of New York**    and am not under a court or administrative agency order suspending, enjoining, restraining, disbarring, or otherwise restricting me in practicing law.

☐ 2. I am an accredited representative of the following named religious, charitable, social service, or similar organization established in the United States and which is so recognized by the Board:

☐ 3. I am associated with _____ the attorney of record who previously filed a notice of appearance in this case and my appearance is at his request. *(If you check this item, also check item 1 or 2 whichever is appropriate.)*

☒ 4. Others (Explain fully.)
Michael Maggio, Cora Tekach admitted U.S. Supreme Court; John Nahajzer, Maxine Bayley admitted D.C. Court of Appeals; Alison Brown, Melissa Frisk, Sandra Grossman admitted Maryland Court of Appeals; Elizabeth Quinn admitted Supreme Court of Virginia; James Alexander admitted Florida Court of Appeals; Andrés Benach admitted NY Court of Appeals.

SIGNATURE: *(signed)* Andrés C. Benach
NAME (Type or Print): Andrés C. Benach

COMPLETE ADDRESS:
MAGGIO & KATTAR
Maggio & Kattar, PC 11 Dupont Circle NW, Ste. 775
Washington    DC    20036
TELEPHONE NUMBER: 202-483-0053    202-483-6801 fax

PURSUANT TO THE PRIVACY ACT OF 1974, I HEREBY CONSENT TO THE DISCLOSURE TO THE FOLLOWING NAMED ATTORNEY OR REPRESENTATIVE OF ANY RECORD PERTAINING TO ME WHICH APPEARS IN ANY IMMIGRATION AND NATURALIZATION SERVICE SYSTEM OF RECORDS:
Michael Maggio, Alison J. Brown, Elizabeth Quinn, Andrés C. Benach, James Alexander, John Nahajzer, Sandra Grossman, Melissa Frisk, Maxine Bayley, and Cora Tekach.
(Name of Attorney or Representative)

THE ABOVE DISCLOSURE IS IN CONNECTION WITH THE FOLLOWING MATTER:
ALL MATTERS BEFORE THE U.S. DEPARTMENT OF HOMELAND SECURITY

Name of Person Consenting: Ozgur Tohumcu
Signature of Person Consenting: *(signed)*
Date:

(NOTE: Execution of this box is required under the Privacy Act of 1974 where the person being represented is a citizen of the United States or an alien lawfully admitted for permanent residence.

This form may not be used to request records under the Freedom of information Act or the Privacy Act. The manner of requesting such records is contained in 8CFR 103.10 and 103.20 Et.SEQ.

Form G-28 (09-26-00)Y

Department of Homeland Security
U.S. Citizenship and Immigration Service

**I-797C, Notice of Action**

# THE UNITED STATES OF AMERICA

| Request for Applicant to Appear for Naturalization Initial Interview | | | NOTICE DATE<br>June 15, 2006 |
|---|---|---|---|
| CASE TYPE<br>N400    Application For Naturalization | | | INS A#<br>A 077 727 315 |
| APPLICATION NUMBER<br>ESC*001566931 | RECEIVED DATE<br>February 10, 2006 | PRIORITY DATE<br>February 10, 2006 | PAGE<br>1 of 1 |

APPLICANT NAME AND MAILING ADDRESS
OZGUR TOHUMCU
c/o ANDRES C BENACH
MAGGIO & KATTAR MAGGIO & KATTAR P
11 DUPONT CIRCLE NW STE 775
WASHINGTON DC  20036

Please come to:
U.S.C.I.S.
2675 PROSPERITY AVENUE
2ND FLOOR
ROOM 200
FAIRFAX VA 22031
On (Date):   Wednesday, August 09, 2006
At (Time):   01:00 PM

You are hereby notified to appear for an interview on your Application for Naturalization at the date, time, and place indicated above. **Waiting room capacity is limited. Please do not arrive any earlier than 30 minutes before your scheduled appointment time.** The proceeding will take about two hours. If for any reason you cannot keep this appointment, return this letter immediately to the INS office address listed below with your explanation and a request for a new appointment; otherwise, no further action will be taken on your application.

If you are applying for citizenship for yourself, you will be tested on your knowledge of the government and history of the United States. You will also be tested on reading, writing, and speaking English, unless on the day you filed your application, you have been living in the United States for a total of at least 20 years as a lawful permanent resident and are over 50 years old, or you have been living in the United States for a total of 15 years as a lawful permanent resident and are over 55 years old, or unless you have a medically determinable disability (you must have filed form N648 Medical Certification for Disability Exception, with your N400 Application for Naturalization).

**You MUST BRING the following with you to the interview:**
- This letter.
- Your Alien Registration Card (green card).
- Any evidence of Selective Service Registration.
- Your passport and/or any other documents you used in connection with any entries into the United States.
- Those items noted below which are applicable to you:

If applying for NATURALIZATION AS THE SPOUSE of a United States Citizen;
- Your marriage certificate.
- Proof of death or divorce for each prior marriage of yourself or spouse.
- Your spouse's birth or naturalization certificate or certificate of citizenship.

If applying for NATURALIZATION as a member of the United States Armed Forces;
- Your discharge certificate, or form DD 214.

If copies of a document were submitted as evidence with your N400 application, the originals of those documents should be brought to the interview.

**PLEASE keep this appointment, even if you do not have all the items indicated above.**

If you have any questions or comments regarding this notice or the status of your case, please contact our office at the below address or customer service number. You will be notified separately about any other cases you may have filed.

| INS Office Address: | INS Customer Service Number: |
|---|---|
| US IMMIGRATION AND NATURALIZATION SERVICE<br>2ND FLOOR<br>2675 PROSPERITY AVENUE<br>FAIRFAX VA 22031- | (800) 375-5283<br><br>REPRESENTATIVE COPY |

