AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 12/26/2006 |
| NAME OF SERVER *(PRINT)* <br> Satsita Muradova | TITLE <br> Paralegal |

*Check one box below to indicate appropriate method of service*

    G   Served personally upon the defendant. Place where served: _____

    _____

    G   Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

    G   Returned unexecuted: _____

    _____

    ☒   Other (specify): Via Certified U.S. Mail, First Class, Postage Pre-paid.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  12/26/2006
            Date

*Signature of Server*

MAGGIO & KATTAR
11 Dupont Circle NW
Suite 775
Washington, DC 20036
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X | ☐ Agent<br>☐ Addressee |
| | B. Received by (*Printed Name*) | C. Date of Delivery |
| 1. Article Addressed to:<br><br>Alberto Gonzales<br>U.S. Attorney General<br>U.S. Department of Justice<br>950 Pennsylvania Avenue NW<br>Washington DC 20530-0001 | D. Is delivery address different from item 1?  ☐ Yes<br>If YES, enter delivery address below:  ☐ No | |
| | 3. Service Type<br>☒ Certified Mail    ☐ Express Mail<br>☐ Registered       ☒ Return Receipt for Merchandise<br>☐ Insured Mail     ☐ C.O.D. | |
| | 4. Restricted Delivery? (*Extra Fee*)         ☐ Yes | |
| 2. Article Number<br>(*Transfer from service label*) | 7006 0100 0002 6165 8271 | |
| PS Form 3811, February 2004 | Domestic Return Receipt | 102595-02-M-1540 |



Home | Help | Sign In

Track & Confirm | FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7006 0100 0002 6165 8271**
Status: **Delivered**

Your item was delivered at 4:52 AM on January 3, 2007 in WASHINGTON, DC 20530.

( Additional Details > )  ( Return to USPS.com Home > )

### Track & Confirm

Enter Label/Receipt Number.

( Go > )

## Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email.  ( Go > )

  POSTAL INSPECTORS
Preserving the Trust

site map   contact us   government services   jobs   **National & Premier Accounts**
Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy

