AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | DATE | 12/26/2006 |
| NAME OF SERVER *(PRINT)*  Satsita Muradova | TITLE | Paralegal |

*Check one box below to indicate appropriate method of service*

G   Served personally upon the defendant.  Place where served:

_____

G   Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

G   Returned unexecuted: _____

☒   Other (specify):  <u>Via Certified U.S. Mail, First Class, Postage Pre-paid.</u>

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

| DECLARATION OF SERVER |
|---|

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  <u>12/26/2006</u>
         Date

                         *Signature of Server*

MAGGIO & KATTAR
11 Dupont Circle NW
Suite 775
Washington, DC 20036
          *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

 **UNITED STATES POSTAL SERVICE**®

Home | Help | Sign In

Track & Confirm       FAQs

# Track & Confirm

### Search Results

Label/Receipt Number: **7006 0100 0002 6165 8257**
Status: **Delivered**

Your item was delivered at 7:24 AM on December 29, 2006 in
WASHINGTON, DC 20528.

( Additional Details > )   ( Return to USPS.com Home > )

---

**Track & Confirm**

Enter Label/Receipt Number.

( Go > )

---

Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email.   ( Go > )

---

 POSTAL INSPECTORS   site map   contact us   government services   jobs   **National & Premier Accounts**
Preserving the Trust   Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy



**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Michael Chertoff, Secretary
U.S. Department of Homeland Security
425 Murray Drive, Building 410
Washington, DC 20528

2. Article Number
(Transfer from service label)

7006 0100 0002 6165 8257

PS Form 3811, February 2004          Domestic Return Receipt

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____    ☐ Agent
☐ Addressee

B. Received by ( Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Certified Mail    ☐ Express Mail
☐ Registered    ☒ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

102595-02-M-1540

---

**U.S. Postal Service**™
**CERTIFIED MAIL**™ **RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

**OFFICIAL USE**

| | | |
|---|---|---|
| Postage | $ | |
| Certified Fee | | Postmark Here |
| Return Receipt Fee (Endorsement Required) | | |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ 7.28 | |

Sent To  *Chertoff*

Street, Apt. No.; or PO Box No.

City, State, ZIP+4

7006 0100 0002 6165 8257

PS Form 3800, June 2002          See Reverse for Instructions