UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **OZGUR TOHUMCU,** <br> **A77 727 315** <br> <br>       **Plaintiff,** <br> <br>       v. <br> <br> **PHYLLIS HOWARD, District Director** <br> **U.S. Citizenship & Immigration Services,** *et al.* <br> <br>       **Defendants.** | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 06-2182 (EGS) <br> ) <br> ) <br> ) <br> ) <br> ) |

### DEFENDANTS' MOTION FOR AN EXTENSION
### OF TIME TO FILE A RESPONSE TO COMPLAINT

The Defendants, through counsel, the United States Attorney for the District of Columbia, hereby respectfully move, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, for an extension of time within which to file a response to the Complaint in this matter from Monday, March 5, 2007, up to and including Thursday, April 5, 2007. Upon learning that Defendants wanted to file a Motion to Dismiss, Counsel for Plaintiff, Michael Maggio, Esquire, noted his opposition to this Motion for an Extension of Time.

Defendants seek this extension of time to file Defendants' response for several reasons. First, Counsel for Defendants has a number of litigation demands in other cases. Specifically, Counsel is preparing for trial in Worthey v. Paulson, 04-1244 (RJL), scheduled for March 5, 2007. These trial preparations have included preparing pretrial submissions, attending a pretrial conference on January 29, 2007, drafting a Reply Memorandum to Plaintiff's Opposition to Defendant's Motion in Limine, and meeting with witnesses. In addition, Counsel for the Defendants has filing obligations in the Court of Appeals: on March 12, 2007, a Motion for Summary Affirmance in Sibley v. Breyer, No. 07-5009, and on March 20, 2007, a brief in Patterson v. Johnson, No. 05-5415.

Recently, Counsel for Defendants also has had substantial litigation responsibilities in this court: to file a Memorandum in Opposition to Plaintiff's Motion to Reconsider the Court's January 17, 2007 Order and a <u>Vaughn</u> Index in <u>Negley v. Federal Bureau of Investigation</u>, 03-2126 (GK) and a reply memorandum in <u>Obrycki v. Perry</u>, 05-857 (RWR/JMF). These and other responsibilities necessitate this requested extension.

WHEREFORE, Defendants submit that this motion for an extension of time to file a response to the Complaint from Monday, March 5, 2007 to Thursday, April 5, 2007 should be granted.

        Respectfully submitted,

        JEFFREY A. TAYLOR
        UNITED STATES ATTORNEY
        D.C. BAR NUMBER # 489610

By:                /s/
        OLIVER W. MCDANIEL, D.C. Bar No. 377-360
        Assistant United States Attorney
        Civil Division
        555 4th Street, N.W.
        Washington, D.C. 20530
        (202) 616-0739

        Attorneys for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on this 16<u>th</u> day of February, 2007, I caused the foregoing Defendants' Motion for an Extension of Time to File A Response to Complaint and proposed Order, to be served on Counsel for the Plaintiff by the Electronic Case Filing system or, if this means fails, then by mail, postage prepaid, addressed as follows:

Michael Maggio
MAGGIO & KATTAR
11 Dupont Circle, NW, Suite 775
Washington, DC 20036

/s/
OLIVER W. MCDANIEL, D.C. BAR # 377360
Assistant United States Attorney
Civil Division
555 Fourth Street, N.W.
Washington, D.C.  20530
(202) 616-0739

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **OZGUR TOHUMCU,** <br> **A77 727 315** <br><br> **Plaintiff,** <br><br> v. <br><br> **PHYLLIS HOWARD, District Director** <br> **U.S. Citizenship & Immigration Services,** *et al.* <br><br> **Defendants.** | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 06-2182 (EGS) <br> ) <br> ) <br> ) <br> ) <br> ) |

## ORDER

Upon consideration of Defendants' Motion for an Extension of Time to File A Response to Complaint, and the entire record of this case, it is hereby

ORDERED that Defendants' Motion for Extension of Time to File A Response to Complaint, up to and including, April 5, 2007, be GRANTED.

Date this _____ day of _____, 2007.


_____
United States District Judge

cc:

Oliver W. McDaniel
Assistant United States Attorney
Civil Division
555 Fourth Street, N.W.
Washington, D.C.  20530

Michael Maggio
MAGGIO & KATTAR
11 Dupont Circle, NW, Suite 775
Washington, DC 20036