UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **OZGUR TOHUMCU,** <br> **A77 727 315** <br><br> **Plaintiff,** <br><br> v. <br><br> **PHYLLIS HOWARD, District Director** <br> **U.S. Citizenship & Immigration Services,** *et al*. <br><br> **Defendants.** | ) <br> ) <br> ) <br> ) <br> ) <br> ) **Case Number: 1:06CV2182 (EGS)** <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF SUBSTITUTION OF COUNSEL

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Robin M. Meriweather and remove the appearance of Assistant United States Attorney Oliver McDaniel as counsel for Defendant in the above-captioned case.

       /s/      Robin M. Meriweather

ROBIN M. MERIWEATHER, D.C. Bar # 490114
Assistant United States Attorney
United States Attorney's Office
555 4th St., N.W.
Washington, D.C. 20530
(202) 514-7198
Robin.Meriweather2@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on this 26th day of March, 2007, I caused the foregoing Notice of Substitution of Counsel to be served on Counsel for the Plaintiff by the Electronic Case Filing system or, if I receive notice that electronic service fails, then by mail, postage prepaid, addressed as follows:

Michael Maggio
MAGGIO & KATTAR
11 Dupont Circle, NW, Suite 775
Washington, DC 20036

        /s/ Robin M. Meriweather
Robin M. Meriweather
D.C. Bar # 490114
Assistant United States Attorney
United States Attorney's Office
555 4th St., N.W.
Washington, D.C. 20530
(202) 514-7198
Robin.Meriweather2@usdoj.gov