UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| OZGUR TOHUMCU,<br>A77 727 315<br><br>    Plaintiff,<br><br>    v.<br><br>PHYLLIS HOWARD, District Director<br>U.S. Citizenship & Immigration Services, *et al*.<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)   Case Number: 1:06CV2182 (EGS)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## JOINT MOTION TO HOLD CASE IN ABEYANCE FOR 90 DAYS

    Pursuant to Federal Rule of Civil Procedure 7(b) and Local Civil Rule 7, the parties to this case, through undersigned counsel, hereby respectfully request that the Court hold this case in abeyance for 90 days. In accordance with Local Rule 7(m), counsel for Defendants has conferred with counsel for Plaintiff, and Plaintiff has consented to the filing of this joint motion.

    Counsel respectfully submit that there is good cause to grant this motion, and in support thereof state as follows:

    1.    Plaintiff filed this civil action pursuant to 28 U.S.C. § 1447(b), alleging that Defendants failed to make a decision on Plaintiff's application for naturalization within 120 days of conducting an examination of Plaintiff.

    2.    Plaintiff alleges that Defendants informed Plaintiff that his application for naturalization could not be approved until the security clearance procedure has been completed.

    3.    Counsel for Defendants contacted counsel for Plaintiff to discuss the potential administrative resolution of the instant dispute. Those discussions are ongoing.

    4.        Defendants have requested that Plaintiff's background check be expedited.

    5.        Holding the case in abeyance for 90 days would allow the parties to continue to pursue an administrative resolution to the instant dispute, thereby potentially avoiding unnecessary litigation of an issue that could be resolved administratively.

    6.        Granting the instant motion would cause no prejudice.

WHEREFORE, for the foregoing reasons, Defendants and Plaintiff respectfully request that the Court GRANT the parties' Joint Motion to Hold Case in Abeyance for 90 Days.

Dated April 3, 2007                            Respectfully submitted,

          /s/
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

          /s/
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

          /s/ Robin M. Meriweather

ROBIN M. MERIWEATHER, D.C. Bar # 490114
Assistant United States Attorney
United States Attorney's Office
555 4th St., N.W.
Washington, D.C. 20530
(202) 514-7198
Robin.Meriweather2@usdoj.gov

*Counsel for Defendants*

                /s/
_____
Michael Maggio
Andres Benach
MAGGIO & KATTAR
11 Dupont Circle, NW, Suite 775
Washington, DC 20036
(202) 483-0053

*Counsel for Plaintiff*

# UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF COLUMBIA

| | |
|---|---|
| OZGUR TOHUMCU,<br>A77 727 315<br><br>    Plaintiff,<br><br>    v.<br><br>PHYLLIS HOWARD, District Director<br>U.S. Citizenship & Immigration Services, *et al*.<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>) Case Number: 1:06CV2182 (EGS)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER

Upon consideration of the parties' Joint Motion To Hold Case in Abeyance for 90 Days, it is this _____ day of _____, 2007,

ORDERED that the Joint Motion to Hold Case in Abeyance for 90 Days be and is hereby GRANTED.

SO ORDERED.

_____

United States District Judge