**UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA**

```
_____
OZGUR TOHUMCU,                      )
A77 727 315                         )
                                    )
     Plaintiff,                     )
                                    )
     v.                             )   Case Number: 1:06CV2182 (EGS)
                                    )
PHYLLIS HOWARD, District Director   )
U.S. Citizenship & Immigration Services, et al.  )
                                    )
     Defendants.                    )
                                    )
                                    )
_____ )
```

**CONSENT MOTION FOR EXTENSION OF TIME TO FILE ANSWER**

Pursuant to Federal Rule of Civil Procedure 6, Defendants, through undersigned counsel, hereby respectfully request that the Court grant an extension of the deadline for Defendants' Answer in light of the parties' pending joint motion to hold the case in abeyance for 90 days (hereafter "Abeyance Motion"). Defendants request that their Answer be due after the Court disposes of the Abeyance Motion, specifically: if the Court grants the Abeyance Motion, within 10 days after the 90-day abeyance period ends; or, if the Court denies the Abeyance Motion, within 10 days after the Court disposes of the Abeyance Motion.

In accordance with Local Rule 7(m), counsel for Defendants has conferred with counsel for Plaintiff, and Plaintiff has consented to the extension of time requested herein.

Defendants respectfully submit that there is good cause to grant this motion, and in support thereof state as follows:

1.  Defendants' Answer is due April 5, 2007.

2.  On April 3, 2007, Defendants and Plaintiff filed a motion requesting that the case

be held in abeyance for 90 days. [Docket Entry 10]

3. As stated in the Abeyance Motion, the parties are engaged in discussions concerning the potential administrative resolution of this dispute. The outcome of those discussions is likely to affect the defenses Defendants raise in their Answer.

4. Accordingly, Defendants respectfully submit that it would be appropriate to defer the due date for Defendants' Answer until the Court has resolved the Abeyance Motion.

5. Specifically, Defendants propose that the Answer be due within 10 days of the end of the proposed 90-day abeyance period if the Court grants the Abeyance Motion or, if the Court denies the Abeyance Motion, that the Answer be due within 10 days after the Court issues an Order denying the Abeyance Motion.

6. Granting the requested extension would cause no prejudice.

WHEREFORE, for the foregoing reasons, Defendants respectfully request that the Court GRANT the instant Consent Motion For Extension of Time To File Answer.

Dated April 5, 2007                              Respectfully submitted,


                                                           /s/
                                                 JEFFREY A. TAYLOR, D.C. BAR # 498610
                                                 United States Attorney


                                                           /s/
                                                 RUDOLPH CONTRERAS, D.C. BAR #434122
                                                 Assistant United States Attorney

                                    /s/ Robin M. Meriweather
ROBIN M. MERIWEATHER, D.C. Bar # 490114
Assistant United States Attorney
United States Attorney's Office
555 4th St., N.W.
Washington, D.C. 20530
Phone: (202) 514-7198
Fax:  (202) 514-8780
Robin.Meriweather2@usdoj.gov

*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 5th day of April, 2007, I caused the foregoing Motion to be served on Counsel for the Plaintiff by the Electronic Case Filing system or, if I receive notice that electronic service fails, then by mail, postage prepaid, addressed as follows:

Michael Maggio
Andres Benach
MAGGIO & KATTAR
11 Dupont Circle, NW, Suite 775
Washington, DC 20036

      /s/   Robin M. Meriweather
Robin M. Meriweather, D.C. Bar # 490114

## UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF COLUMBIA

| | |
|---|---|
| OZGUR TOHUMCU, <br> A77 727 315 <br><br> Plaintiff, <br><br> v. <br><br> PHYLLIS HOWARD, District Director <br> U.S. Citizenship & Immigration Services, *et al*. <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) Case Number: 1:06CV2182 (EGS) |

## ORDER

Upon consideration of Defendants' Consent Motion for Extension of Time to File Answer, it is this _____ day of _____, 2007,

ORDERED that the Consent Motion for Extension of Time to File Answer be and is hereby GRANTED.

It is further ORDERED that if this Court grants the parties' Joint Motion to Hold Case In Abeyance, Defendants' Answer will be due within 10 days of the end of the abeyance period, and that if this Court denies the parties' Joint Motion to Hold Case In Abeyance, Defendants' Answer will be due within 10 days after the Court issues an Order denying said motion.

SO ORDERED.

_____

United States District Judge