UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| OZGUR TOHUMCU, )<br>A77 727 315 )<br>)<br>  Plaintiff, )<br>)<br>  v. )<br>)<br>PHYLLIS HOWARD, District Director )<br>U.S. Citizenship & Immigration Services, *et al*. )<br>)<br>  Defendants. )<br>)<br>)<br>)  | Case Number:  1:06CV2182 (EGS) |

**CONSENT MOTION FOR EXTENSION OF TIME TO FILE ANSWER**

Pursuant to Federal Rule of Civil Procedure 6, Defendants, through undersigned counsel, hereby respectfully request that the Court grant a ten-day extension of the deadline for Defendants' Answer, making the Answer due July 26, 2007.  Defendants' Answer currently is due July 16, 2007.  In accordance with Local Rule 7(m), counsel for Defendants has conferred with counsel for Plaintiff, and Plaintiff has consented to the extension of time requested herein.

Defendants respectfully submit that there is good cause to grant this motion, and in support thereof state as follows:

  1.  On April 3, 2007, Defendants and Plaintiff filed a motion requesting that the case be held in abeyance for 90 days, to allow the parties to pursue the administrative resolution of the case.  See Docket Entry 10.  The Court granted that motion in an April 6, 2007 Minute Order.

  2.  On April 5, 2007, Defendants requested that their answer be due ten days after the end of the 90-day abeyance period.  See Dkt. Entry 11.  The Court granted that enlargement in an April 6, 2007 Minute Order.

3. The parties have continued to pursue the administrative resolution of this case. In light of recent factual developments concerning the adjudication of Tohumcu's pending naturalization application, Defendants expect that United States Citizenship and Immigration Service will make an administrative determination concerning Tohumcu's eligibility for naturalization within the next ten days, and that this administrative determination will resolve the instant dispute.

4. Accordingly, Defendants respectfully submit that it would be appropriate to defer the due date for Defendants' Answer for ten days, thereby avoiding potentially unnecessary litigation of issues that can be resolved administratively.

5. Granting the requested extension would cause no prejudice.

WHEREFORE, for the foregoing reasons, Defendants respectfully request that the Court GRANT the instant Consent Motion For Extension of Time To File Answer.

Dated July 13, 2007                    Respectfully submitted,

    /s/
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

    /s/
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States

    /s/ Robin M. Meriweather
ROBIN M. MERIWEATHER, D.C. Bar # 490114
Assistant United States Attorney
United States Attorney's Office
555 4th St., N.W.
Washington, D.C. 20530
Phone: (202) 514-7198; Fax (202) 514-8780
Robin.Meriweather2@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on this 13th day of July, 2007, I caused the foregoing Motion to be served on Counsel for the Plaintiff by the Electronic Case Filing system or, if I receive notice that electronic service fails, then by mail, postage prepaid, addressed as follows:

Michael Maggio
Andres Benach
Thomas Ragland
MAGGIO & KATTAR
11 Dupont Circle, NW, Suite 775
Washington, DC 20036

        /s/   Robin M. Meriweather
Robin M. Meriweather, D.C. Bar # 490114

# UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF COLUMBIA

| | |
|---|---|
| OZGUR TOHUMCU,<br>A77 727 315<br><br>    Plaintiff,<br><br>    v.<br><br>PHYLLIS HOWARD, District Director<br>U.S. Citizenship & Immigration Services, *et al*.<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)   Case Number: 1:06CV2182 (EGS)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER

Upon consideration of Defendants' Consent Motion for Extension of Time to File Answer, it is this _____ day of _____, 2007,

ORDERED that the Consent Motion for Extension of Time to File Answer be and is hereby GRANTED.

It is further ORDERED that Defendants' Answer shall be due on or before July 26, 2007.

SO ORDERED.

                                                             _____

                                                              United States District Judge