UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| OZGUR TOHUMCU, A77 727 315 )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>PHYLLIS HOWARD, District Director )<br>U.S. Citizenship & Immigration Services, *et al*. )<br>)<br>Defendants. )<br>) | Case Number: 1:06CV2182 (EGS) |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1), the parties, through their respective counsel, hereby agree that the above-captioned case be voluntarily dismissed without prejudice, each side to bear its own costs and fees.

                                                              Respectfully submitted,

| | |
|---|---|
| /s/ Michael Maggio (by RMM) | /s/ Jeffrey A. Taylor (by MJ) |
| MICHAEL MAGGIO | JEFFREY A. TAYLOR, D.C. BAR # 498610 |
| ANDRES BENACH | United States Attorney |
| MAGGIO & KATTAR | |
| 11 Dupont Circle, NW Suite 775 | /s/ Rudolph Contreras (by MJ) |
| Washington, DC 20036 | RUDOLPH CONTRERAS, D.C. BAR # 434122 |
| Phone: (202) 483-0053 | Assistant United States Attorney. |
| Fax: (202) 483-6801 | |
| | /s/ Robin M. Meriweather |
| *Counsel for Plaintiff* | ROBIN M. MERIWEATHER |
| | D.C. Bar # 490114 |
| | Assistant United States Attorney |
| | 555 Fourth Street, N.W. |
| | Washington, D.C. 20530 |
| | Phone: (202) 514-7198; Fax (202) 514-8780 |
| | Robin.Meriweather2@usdoj.gov |
| Dated: July 24, 2007 | *Counsel for Defendants* |